```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814              OK/HAV
Telephone: (916) 498-5700


Attorney for Defendant
TOBY LANE WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>             Plaintiff,            )<br>                                   )<br>     v.                            )<br>                                   )<br>TOBY LANE WILLIAMS,                )<br>                                   )<br>             Defendant.            )<br>_____) | No. CR. S-05-0063 DFL<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:  May 12, 2005<br>Time:  10:00 a.m.<br>Judge: Hon. David F. Levi |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Toby Lane Williams, that the status conference scheduled for May 12, 2005, may be continued to June 23, 2005, at 10:00 a.m.

Discovery in Mr. Williams's case is voluminous and has yet to be completely reviewed, leaving a number of issues in the case unsettled. Meanwhile, Mr. Williams continues to successfully participate in a rehabilitation program where he is likely to remain for at least the next month. So that Mr. Williams and counsel have adequate time to review

discovery and evaluate the case, the parties agree that the ends of justice to be served by this continuance outweigh the best interests of the public and Mr. Williams in a speedy trial. The parties agree that time under the Speedy Trial Act may be excluded through June 23, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                              Respectfully submitted,

                                              QUIN DENVIR
                                              Federal Defender

Dated: May 11, 2005                   /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for TOBY LANE WILLIAMS

                                              McGREGOR SCOTT
                                              United States Attorney

Dated: May 11, 2005                 /s/ L. Brown
                                              LAWRENCE G. BROWN
                                              Assistant U.S. Attorney

**O R D E R**

    The status conference is continued to June 23, 2005, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons state above and by agreement of the parties.

    IT IS SO ORDERED.

Dated: May 11, 2005

                                              DAVID F. LEVI
                                              United States District Judge