PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Toby Lane WILLIAMS |
| **Docket Number:** | 2:05CR00063-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable D. Lowell Jensen<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/08/2005 |
| **Original Offense:** | 18 USC 1708 - Possession of Stolen Mail<br>(CLASS D FELONY) |
| **Original Sentence:** | 24 months Bureau of Prisons; 3 year term of supervised release; $100 special assessment. |
| **Special Conditions:** | Search; Financial disclosure; Participate in drug and alcohol treatment program; Participate in drug and alcohol testing; Aftercare co-payment; Submit to DNA collection. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Recommenced:** | 01/14/2008 |
| **Assistant U.S. Attorney:** | Lawrence G. Brown   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Timothy L. Zindel, AFD   **Telephone:** (916) 498-5700 |
| **Other Court Action:** | |
| **08/29/2007**: | Court notified of violation conduct (marijuana use) with recommendation the offender attend Intermediate Sanction Group and continue drug counseling. Probation officer's plan was adopted. |
| **12/18/2007:** | Sentenced after admitting violations (Failure to Participate in a Program of Drug Testing, Failure to |

RE:    Toby Lane WILLIAMS
       Docket Number:   2:05CR00063-01
       **REPORT OF OFFENDER NON-COMPLIANCE**

Participate in a Correctional Treatment Program, Failure to Work Regularly at a Lawful Occupation, Failure to Follow Instructions of the Probation Officer). Sentenced to 70 days Bureau of Prisons, 33 months term of supervised release, with special conditions: Search, Financial disclosure; Participate in drug and alcohol treatment; Participate in drug and alcohol testing; Abstain from alcohol; Attend residential treatment program for at least 90 days; 90 days home curfew with electronic monitoring; Aftercare co-payment.

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1.   **FAILURE TO COMPLETE A RESIDENTIAL SUBSTANCE ABUSE TREATMENT PROGRAM FOR AT LEAST 90 DAYS AS DIRECTED BY THE PROBATION OFFICER**

**Details of alleged non-compliance:** On January 15, 2008, the offender reported directly to The Effort's A-House Residential Substance Abuse Treatment Program after his release from jail.  He appeared to be making progress, however, he then was terminated for violating program rules.  On February 22, 2008, while on a pass with a group of residents to attend a community-based treatment group, the offender's peers failed to attend the required meeting.  Instead of reporting the incident to program staff, the offender attempted to assist them in covering up the misconduct and returned late to the facility.  As a result, the offender and three other residents were expelled from A-House.

After leaving the residential program, the offender reported to the probation officer to discuss the incident and his options.  Despite being terminated from A-House, he expressed a desire to continue residential treatment.  When an opening was found that

RE:   Toby Lane WILLIAMS
      Docket Number:   2:05CR00063-01
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

same day at the Salvation Army's Adult Rehabilitation Center in Sacramento, he agreed to enter and complete their 180 day program.  The Salvation Army offers residential substance abuse treatment for men in a comprehensive program that combines work, study and counseling.  He appears to have adjusted to his new environment.

**United States Probation Officer Plan/Justification:**  It is recommended that the Court permit the offender to participate in the Salvation Army's 180 day residential substance abuse treatment program.  Should he successfully complete and graduate from the Salvation Army Adult Rehabilitation Center,  the probation officer will recommend that the 90 day curfew with electronic monitoring be removed.  On the other hand, should he fail the program for any reason, the matter will be brought back before the Court for formal violation proceedings and revocation will be sought.

Respectfully submitted,

/s/John A. Poglinco
**JOHN A. POGLINCO**
**Senior United States Probation Officer**
Telephone:  (916) 930-4303

DATED:      March 11, 2008
            Sacramento, California
            JAP/cp

REVIEWED BY:     /s/Kyriacos M. Simonidis
                 **KYRIACOS M. SIMONIDIS**
                 **Supervising United States Probation Officer**

**RE:   Toby Lane WILLIAMS
       Docket Number:   2:05CR00063-01
       <u>REPORT OF OFFENDER NON-COMPLIANCE</u>**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

    **March 12, 2008**
**Date**                                              **Signature of Judicial Officer**

cc:   United States Probation
      Lawrence G. Brown, Assistant United States Attorney
      Timothy L. Zindel, Assistant Federal Defender